UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA TROUTMAN,<br><br>           Plaintiff,<br><br>    v.<br><br>HUTTIG BUILDING PRODUCTS, INC.,<br>DONALD GLASS, JAMES HIBBERD,<br>PATRICK LARMON, J. KEITH<br>MATHENEY, DELBERT TANNER, JON<br>VRABELY, and GINA HOAGLAND,<br><br>           Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:22-cv-01790<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 21, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 9/22/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*